```
Form 27 - GENERAL PURPOSE
            JON L. NORINSBERG
            ATTN:
U.S. DISTRICT SOUTHERN COURT        NEW YORK  COUNTY
-------------------------------------------------------
                                          Index No. 07 CV 10701
WAYNE ELLIOT                  plaintiff
                                          Date Filed  ............
            - against -
                                          Office No.
THE CITY OF NEW YORK          defendant
ETANO                                     Court Date:   / /
-------------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**JOEL GOLUB**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **4th  day of December, 2007**    at  **12:38 PM.,**                at
    **100 CHURCH ST, 4TH FL.
    NEW YORK, NY 10007**
I served a true copy of the
    **SUMMONS AND COMPLAINT
    CIVIL COVER SHEET
    JUDGES RULES**

upon **THE CITY OF NEW YORK**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **TAMEKIA MENDES GAMMON---CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**       COLOR: **BLACK**        HAIR: **BLACK**
        APP. AGE: **29**      APP. HT: **5:8**        APP. WT: **120**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
5th  day of  December, 2007i



SAMSON NEWMAN                            JOEL GOLUB  701893
Notary Public, State of New York         AETNA   CENTRAL   JUDICIAL   SERVICES
    No.01NE-4783767                      225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY             NEW YORK, NY, 10007
Commission Expires 11/03/2009            Reference No: 3JLN96329