```
Form 02 - SUITABLE AGE              AETNA CENTRAL JUDICIAL SERVICES
                JON L. NORINSBERG
                ATTN:
U.S. DISTRICT SOUTHERN COURT      NEW YORK  COUNTY
--------------------------------------------------
                                              Index No. 07 CV 10701
WAYNE ELLIOT                       plaintiff
                                              Date Filed ............
            - against -
                                              Office No.
THE CITY OF NEW YORK               defendant
ETANO                                         Court Date:    / /
--------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:
LUIS AGOSTINI     being duly sworn, deposes and says; I am over 18 years of age,
not a party to this action, and reside in the  State of New York. That on the
5th day of December, 2007   07:58 AM            at
    52ND PRECINCT, 3016 WEBSTER AVE.
    BRONX, NY 10467
I served the   SUMMONS AND COMPLAINT
               CIVIL COVER SHEET
               JUDGES RULES
upon P.O. BRENDAN NOLAN, SHIELD #1920
the DEFENDANT  therein named by delivering and leaving a true copy or copies
of the aforementioned documents with
    SGT. O'BRIEN, CO-WORKER WHO REFUSED FIRST NAME
 a person of suitable age and discretion.
    Deponent describes the person served as aforesaid to the best of deponent's ability
at the time and circumstances of the service as follows:
SEX: MALE       COLOR: WHITE     HAIR: BROWN      AGE: 40   HEIGHT: 6:0    WEIGHT: 240
OTHER IDENTIFYING FEATURES: BALDING
On 12/13/2007 I deposited in the United States mail a true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
DEFENDANT at the above address. That address being
actual place of employment of the DEFENDANT.
Copy mailed 1st class mail marked personal & confidential not indicating on the outside
thereof, by return address or otherwise that said notice is from an attorney or concerns
action against the person to be served.

That at the time of service as aforesaid, I asked person spoken to whether DEFENDANT
was in the military service of the State of New York or United States and received a negative
reply. Upon information and belief based upon the conversation and observation as aforesaid
I aver that the DEFENDANT is not in the military service, and is not dependent on anyone
in the military service of the State of New York or the United States as that term is defined
in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
13th  day of December,        2007e
                                              LUIS AGOSTINI  1027732
KENNETH WISSNER                               AETNA CENTRAL JUDICIAL SERVICES
Notary Public, State of New York              225 BROADWAY, SUITE 1802
    No.01WI4714130                            NEW YORK, NY, 10007
Qualified in NEW YORK COUNTY                  Reference No: 3JLN96330
Commission Expires 03/30/2010
```